Honorable Robert J. Bryant

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE CYTODYN STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 3:21-cv-05422-RJB<br><br>**STIPULATION AND ORDER CONSOLIDATING ACTIONS**<br><br>**Noted for Consideration: September 7, 2021** |
| BILLIE RAY HENSLEY, Derivatively on Behalf of CYTODYN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NADER Z. POURHASSAN, PH.D., MICHAEL MULHOLLAND, SCOTT A. KELLY, M.D., JORDAN G. NAYDENOV, ALAN P. TIMMINS, and SAMIR R. PATEL, M.D.,<br><br>Defendants,<br><br>and<br><br>CYTODYN, INC.,<br><br>Nominal Defendant. | Civil Action No. 3:21-cv-05593-SKV |



Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

WHEREAS, on June 4, 2021, plaintiff David Berndt filed his verified shareholder derivative complaint against defendants Scott A. Kelly, Nader P. Pourhassan, Jordan G. Naydenov, Alan P. Timmins, Samir R. Patel, and Michael Mulholland (collectively, "Defendants") on behalf of CytoDyn, Inc. ("CytoDyn" or the "Company") (the "Berndt Action");

WHEREAS, on June 25, 2021, plaintiff Christopher Lavin filed his verified shareholder derivative complaint on behalf of the Company against Defendants (the "Lavin Action");

WHEREAS, by Order dated August 13, 2021 (the "Consolidation Order"), the Court consolidated the Berndt Action and the Lavin Action for all purposes (the "Consolidated Action") and appointed Co-Lead Counsel and Liaison Counsel for the Consolidated Action;

WHEREAS, Paragraph 8 of the Consolidation Order provides, in relevant part, that the Consolidation Order "shall apply to each action arising out of the same transactions and occurrences and asserting direct and/or derivative state law claims filed in this Court or transferred here," and that "the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions instituted herein;"

WHEREAS, on August 18, 2021, plaintiff Billie Hensley filed his verified shareholder derivative complaint against the Defendants on behalf of the Company (the "Hensley Action");

WHEREAS, Plaintiffs in the Consolidated Action and the Hensley Action agree that the Hensley Action arises out of the same transactions and occurrences as the Consolidated Action and that the administration of justice would be best served by consolidating the Hensley Action with and into the Consolidated Action;

WHEREAS, without waiving any rights, arguments or defenses, Defendants agree that the Hensley Action should be consolidated with and into the Consolidated Action;

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses;



Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows: Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Hensley Action is consolidated with and into the Consolidated Action for all purposes, including pretrial proceedings, trial, and appeal;

All terms of the Consolidation Order shall apply to the Hensley Action; and The Parties to this Stipulation agree that any Defendant in the Hensley Action who has been properly served, has agreed to accept service, or who is served in the future, need only answer or otherwise respond to any consolidated complaint filed in the Consolidated Action, and need not respond to the pending complaint in the Hensley Action.

Dated: September 7, 2021

By: */s/ Benjamin T.G. Nivison*
**ROSSI VUCINOVICH, P.C.**
Benjamin T.G. Nivison, WSBA No. 39797
1000 Second Avenue, Suite 1780
Seattle, WA 98104
Telephone: (425) 646-8003
Email: bnivison@rvflegal.com

**BADGLEY MULLINS TURNER PLLC**
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com

*Liaison Counsel for Plaintiffs*

Dated: September 7, 2021

By: */s/ Thomas J. McKenna*
**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
gegleston@gme-law.com

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com
prajesh@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

Dated: September 7, 2021

By: */s/ Duncan C. Turner*

**BADGLEY MULLINS TURNER PLLC**
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com

*Counsel for Plaintiff Billie Ray Hensley*

Dated: September 7, 2021

By: */s/ Gregory M. Nespole*

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole (*pro hac vice* forthcoming)
Ryan C. Messina (*pro hac vice* forthcoming)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com
Email: rmessina@zlk.com
*Counsel for Plaintiff Billie Ray Hensley*

Dated: September 7, 2021

By: */s/ Fred Burnside*

**DAVIS WRIGHT TREMAINE LLP**
Fred Burnside
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8016
Facsimile: (206) 757-7016
Email: fredburnside@dwt.com

Dated: September 7, 2021

By: */s/ Peter J. Kolovos*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael G. Bongiorno (*pro hac vice* forthcoming)
Kevin P. Muck (*pro hac vice* forthcoming)
Peter J. Kolovos (*pro hac vice* forthcoming)
60 State Street
Boston, MA 02109 USA
Telephone: 617 526 6000
Facsimile: 617 526 5000
Email: michael.bongiorno@wilmerhale.com
kevin.muck@wilmerhale.com
peter.kolovos@wilmerhale.com

*Counsel for Nominal Defendant CytoDyn, Inc. and Defendants Scott A. Kelly, Nader P. Pourhassan, Jordan G. Naydenov, Alan P. Timmins, Samir R. Patel, and Michael Mulholland*

* * *

IT IS SO ORDERED THIS 8th DAY OF SEPTEMBER, 2021.

ROBERT J. BRYAN
United States District Judge