The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN RE CYTODYN STOCKHOLDER DERIVATIVE LITIGATION

Master File No. 3:21-cv-05422-BHS

**JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS**

NOTE ON MOTION CALENDAR:
SEPTEMBER 30, 2026

Plaintiffs David Berndt, Christopher Lavin, and Billie Ray Hensley ("Plaintiffs"), nominal Defendant CytoDyn Inc. ("CytoDyn"), and Defendants Scott A. Kelly, Nader Z. Pourhassan, Jordan G. Naydenov, Alan P. Timmins, Samir R. Patel, and Michael Mulholland (together with CytoDyn, "Defendants," and together with Plaintiffs and CytoDyn, the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to settle the above-captioned action and submit this Joint Stipulation and Proposed Order to Stay Proceedings for approval by the Court.

WHEREAS, Defendants' current deadline to respond to the operative complaint in this action is September 30, 2026 (Dkt. 93);

WHEREAS, the Parties, with the assistance of a private mediator, have reached an agreement in principle to resolve this consolidated derivative litigation and a related consolidated derivative litigation pending in the Court of Chancery of the State of Delaware (captioned *In re*



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

*CytoDyn Inc. Stockholder Derivative Litigation*, C.A. No. 2024-0072-PAF), subject to (among other things) completion of final settlement documentation and court approval;

WHEREAS, the Parties are in the process of preparing the necessary settlement documentation and have agreed to make best efforts to finalize that documentation by or around October 30, 2026; and

WHEREAS, in the interests of efficiency and economy, and to preserve resources, the Parties have agreed that all proceedings and existing deadlines should be stayed to permit the Parties to finalize the necessary settlement documentation and present that documentation to the Court;

THEREFORE, the Parties respectfully request that all proceedings be stayed, and that all existing deadlines (including the September 30, 2026 deadline for Defendants to respond the operative complaint) be stayed, to permit the Parties to finalize and submit the appropriate settlement documentation to the Court.

A Proposed Order is attached hereto.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 30th day of September, 2026.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
Fred B. Burnside, WSBA # 32491
920 Fifth Ave, Ste 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Email: fredburnside@dwt.com

WILMER CUTLER PICKERING HALE and DORR LLP
Michael G. Bongiorno (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Email: michael.bongiorno@wilmerhale.com
peter.kolovos@wilmerhale.com

*Counsel for Nominal Defendant CytoDyn Inc. and Defendants Scott A. Kelly, Jordan G. Naydenov, Alan P. Timmins, Samir R. Patel, and Michael Mulholland*

ROSSI VUCINOVICH, P.C.

By: *s/ Benjamin T.G. Nivison*
Benjamin T.G. Nivison, WSBA # 39797
1000 Second Avenue, Suite 1780
Seattle, WA 98104
Telephone: (425) 646-8003
Email: bnivison@rvflegal.com

BADGLEY MULLINS TURNER PLLC
Duncan C. Turner, WSBA # 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com

*Liaison Counsel for Plaintiffs*

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, New York 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
gegleston@gme-law.com

GLANCY PRONGAY & MURRAY LLP
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com
prajesh@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

McNAUL EBEL PLLC

By: *s/ Daniel M. Weiskopf*
Daniel M. Weiskopf, WSBA No. 44941
600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
cwittmanntodd@mcnaul.com

LINKLATERS LLP
Adam S. Lurie *(Pro Hac Vice)*
Doug Davison *(Pro Hac Vice)*
601 Thirteenth St., Suite 400 South
Washington, DC 20005
(202) 654-9200
adam.lurie@linklaters.com
doug.davison@linklaters.com
Nicole E. Jerry *(Pro Hac Vice)*
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
nicole.jerry@linklaters.com

*Attorneys for Defendant Dr. Nader Z. Pourhassan*

THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz
fcruz@frankcruzlaw.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
Email: fcruz@frankcruzlaw.com

*Additional Counsel for Plaintiff Christopher Lavin*

LEVI & KORSINSKY, LLP
Gregory Mark Nespole
33 Whitehall Street
27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Email: gnespole@zlk.com

*Counsel for Plaintiff Billie Ray Hensley*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 30th day of September, 2026.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*

Fred B. Burnside, WSBA # 32491
920 Fifth Ave, Ste 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Fax: 206-757-7700
Email: fredburnside@dwt.com

*Counsel for Nominal Defendant CytoDyn Inc. and Defendants Scott A. Kelly, Jordan G. Naydenov, Alan P. Timmins, Samir R. Patel, and Michael Mulholland*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 30th day of September, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

*/s/ Fred B. Burnside*
Brad Fisher, WSBA # 32491



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax